# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

CLARISSA CRUZ,
    Plaintiff,

                          Case No. 3:24-cv-00118-TCB-RGV

v.

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that Plaintiff hereby dismisses the above-captioned action, without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 24, 2025    /s/ Renee Taylor
                                Renee Taylor
                                Georgia Bar No. 195455
                                Attorney for Plaintiff
                                Metro City Injury Attorney
                                2330 Scenic Hwy., Suite 1001
                                Snellville, GA 30078
                                Phone: (484) 438-7243
                                Email: reneet@metrocitylawyers.com

## Certificate of Service

I certify that on February 24, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

<u>/s/ Renee Taylor</u>

## LOCAL RULE 5.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing document filed with the Clerk of Court has been

prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

<u>/s/ Renee Taylor</u>